UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| ROSE PICKINGS,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SUTTELL, HAMMER, & WHITE P.S., and MIDLAND FUNDING LLC,<br><br>　　　　　　　　Defendants. | CASE NO.: 2:17-CV-0254-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |
|---|---|

BEFORE THE COURT is the parties' Stipulated Motion for Voluntary Dismissal (ECF No. 15). The parties have stipulated to the voluntary dismissal of this action with prejudice and without costs or attorney fees to either party.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this matter is **DISMISSED** with prejudice and without an award of costs or attorney fees to either party.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** November 1, 2017.


*Thomas O. Rice*
THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2